Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Raymond E. McKay, Esq.
Nevada Bar No. 8569
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
raymond.mckay@wilsonelser.com
Attorneys for Defendant THREE SQUARE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>THREE SQUARE, a Nevada non-profit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-00344-GMN-CWH |

### STIPULATION AND ORDER TO EXTEND THE DISCOVERY AND PRE-TRIAL DEADLINES (FOURTH REQUEST)

Defendant THREE SQUARE ("defendant"), by and through its attorneys of record, KYM SAMUEL CUSHING, ESQ. and RAYMOND E. McKAY, ESQ. of the law office of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("plaintiff"), by and through its counsel, JASON P. WILLIAMS, ESQ. of the LAW OFFICES OF JASON P. WILLIAMS, hereby stipulate to extend all current discovery and pre-trial deadlines by approximately 60 days.

A.   **Good Cause Exists for Extending the Discovery and Pre-trial Deadlines**

Good cause exists for extending the current discovery and pre-trial deadlines. LR 26-4 provides in pertinent part:

> *Extension of Scheduled Deadlines.* Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension . . .

776546v.1

The injured party, Michael Riga, has recently undergone surgery. The parties are still waiting to receive the complete medical and billing records from Mr. Riga's recent surgery and follow up care, as well as his vocational rehabilitation and workers' compensation records. In addition, the parties are still waiting for Mr. Riga to receive a revised PPD rating, which will directly alter the amount of damages claimed by the plaintiff. The parties are conducting a site inspection and coordinating dates to schedule all necessary depositions. While the parties are continuing with their discovery, they are still attempting to reach a possible settlement or resolution. As such, there is good cause for the parties to request that this Honorable Court extend all current discovery deadlines by approximately 60 days. The current discovery and pre-trial deadlines are:

- Initial expert witness deadline: **May 1, 2015**
- Rebuttal expert witness deadline: **June 1, 2015**
- Close of discovery: **June 30, 2015**
- Dispositive motion deadline: **July 27, 2015**
- Pretrial order: **August 25, 2015**

The parties request to extend the discovery and pre-trial deadlines as follows:

- Initial expert witness deadline: **June 30, 2015**
- Rebuttal expert witness deadline: **July 31, 2015**
- Close of discovery: **August 30, 2015**
- Dispositive motion deadline: **September 29, 2015**
- Pretrial order: **October 29, 2015**

**B.   Status of Discovery and Proposed Schedule for Completing Discovery**

Pursuant to LR 26-4, the parties submit the following to the Court:

(a) A statement specifying the discovery completed: The parties have served and responded to written discovery requests. Defendant has subpoenaed Mr. Riga's medical and vocational assesment records.

(b) A specific description of the discovery that remains to be completed: The parties need to designate experts and complete depositions in this case. The defendant intends to depose Michael Riga (the injured person), the FRCP 30(b)(6) representative(s) from Le Cordon Bleu Cooking School, the plaintiff's designated expert witnesses, and several of Michael Riga's treating

776546v.1

physicians. Plaintiff intends to depose the defendant's designated expert witnesses and the FRCP 30(b)(6) representative(s) from defendant.

(c) <u>The reasons why discovery remaining was not completed within the time limits set by the discovery plan</u>: In the interests of judicial economy and to save litigation expense, the parties wish to extend the initial expert witness disclosure deadlines to allow the parties to obtain Michael Riga's recent medical and vocational assessment records so they can proceed with further settlement discussions.

(d) <u>A proposed schedule for completing all remaining discovery</u>:

(1) *Discovery Cut-off Date*: **August 30, 2015.**

(2) *Deadline for Amending Pleadings and Adding Parties*: October 17, 2014 (unchanged).

(3) *Fed. R. Civ.P. 26(a)(2) Expert Disclosures*: **June 30, 2015** for initial expert disclosures and **July 31, 2015** for rebuttal expert disclosures.

(4) *Dispositive Motions*: **September 29, 2015.**

(5) *Pretrial Order*: **October 29, 2015.**

. . .

. . .

. . .

776546v.1

C.     **LR 26-7(b) Certification of Counsel**

On March 26, 2015, Raymond McKay, Esq., counsel for defendant, communicated with Jason Williams, Esq., counsel for plaintiff, regarding extending the discovery and pre-trial deadlines. Plaintiff's counsel agreed to extend the current discovery and pre-trial deadlines by approximately 60 days.

DATED this ___ day of April 2015

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Raymond McKay
KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 4242
RAYMOND E. McKAY, ESQ.
Nevada Bar No. 8569
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant Three Square

DATED this 8th day of April 2015

**LAW OFFICES OF JASON P. WILLIAMS**

/s/ Jason Williams
JASON P. WILLIAMS, ESQ.
Nevada Bar No. 10275
3170 Fourth Avenue, 3rd Floor
San Diego, California 92103
Attorneys for Plaintiff Insurance Company of the State of Pennsylvania

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of April 2015

_____
UNITED STATES MAGISTRATE JUDGE

776546v.1