# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>        Plaintiff,<br><br>v.<br><br>THREE SQUARE,<br><br>        Defendant. | Case No. 2:14-cv-00344-GMN-CWH<br><br>**ORDER** |

    Presently before the Court is the parties' joint status report (ECF No. 80), filed on March 2, 2017. The parties' joint status report contains requests which the Court will construe as a motion. The parties move the Court to stay all discovery in this matter until after the mandatory settlement conference which is currently scheduled for March 31, 2017. The parties also jointly move the Court to hold a scheduling conference immediately after the settlement conference in the event that the parties do not reach a settlement. The Court finds good cause to grant both requests.

    IT IS THEREFORE ORDERED that discovery in this matter is STAYED, pending the outcome of the settlement conference currently scheduled for March 31, 2017.

    IT IS FURTHER ORDERED that in the event the parties do not reach a settlement agreement, the Court will hold a scheduling conference with the parties on March 31, 2017 to set a schedule for discovery.

    DATED: March 8, 2017.

                                            _____
                                            C.W. Hoffman, Jr.
                                            United States Magistrate Judge