**STDM**
Elizabeth A. Skane, Esq. (State Bar No. 7181)
eskane@skanewilcox.com
Sarai L. Brown, Esq. (State Bar No. 11067)
sbrown@skanewilcox.com
SKANE WILCOX LLP
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
Telephone: (702) 363-2535 / Facsimile: (702) 363-2534

Attorneys for Defendant/Third-Party Plaintiff,
THREE SQUARE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>THREE SQUARE, a Nevada non-profit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00344-GMN-CWH |
| THREE SQUARE, a Nevada non-profit corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ADVANTAGE WORKERS COMPENSATION INSURANCE COMPANY, a foreign corporation; and DOES I through X, inclusive,<br><br>Third-Party Defendants. | **STIPULATION AND ORDER TO DISMISS CASE NO. 2:14-cv-00344-GMN-CHW WITH PREJUDICE IN ITS ENTIRETY** |

It is hereby stipulated and agreed to between Plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, by and through its attorney of record, Jason P. Williams, Esq. of the law firm of WILLIAMS PALECEK LAW GROUP and Defendant/Third-Party Plaintiff THREE SQUARE, by and through its attorneys of record, Elizabeth A. Skane, Esq. and Sarai L. Brown, Esq.

1

of the law firm of SKANE WILCOX LLP and Third-Party Defendant ADVANTAGE WORKERS COMPENSATION INSURANCE COMPANY, by and through its attorneys of record, Shane W. Clayton, Esq. of the law firm of DURHAM JONES & PINEGAR that Case No. 2:14-cv-00344-GMN-CHW will be dismissed in its entirety. Plaintiff's Complaint against THREE SQUARE is hereby dismissed with prejudice, along with any and all claims against THREE SQUARE in this matter and that the Third-Party Complaint against ADVANTAGE WORKERS COMPENSATION INSURANCE COMPANY is hereby dismissed with prejudice, along with any and all claims against ADVANTAGE WORKERS COMPENSATION COMPANY in this matter. Each party will bear their own attorney's fees and costs

DATED this 29th day of June, 2017.

WILLIAMS PALECEK LAW GROUP

By: /s/ Jason P. Williams, Esq.
Jason P. Williams, Esq.
(Nevada Bar #10275)
3170 Fourth Ave., Third Floor
San Diego, CA 92103
Attorneys for Plaintiff

DATED this 29th day of June, 2017.

SKANE WILCOX LLP

By: /s/ Sarai L. Brown, Esq.
Elizabeth A. Skane, Esq.
(Nevada Bar #7181)
eskane@skanewilcox.com
Sarai L. Brown, Esq.
(Nevada Bar #11067)
sbrown@skanewilcox.com
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
Attorneys for Defendant/Third-Party Plaintiff, THREE SQUARE

DATED this 29th day of June, 2017.

DURHAM JONES & PINEGAR

By: /s/ Shane W. Clayton, Esq.
Shane W. Clayton, Esq.
(Nevada Bar #8783)
10785 W. Twain Ave., Suite 200
Las Vegas, NV 89135
Attorneys for ADVANTAGE WORKERS COMPENSATION INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed with prejudice in its entirety including dismissal with prejudice of Plaintiff's Complaint as to THREE SQUARE and dismissal with prejudice of THREE SQUARE'S Third-Party Complaint as to ADVANTAGE and that the parties shall bear their own attorney's fees and costs in connection with these claims.

DATED this __29__ day of June, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
SKANE WILCOX, LLP

    /s/ Sarai L. Brown, Esq.
By: _____
Elizabeth A. Skane (State Bar No. 7181)
eskane@skanewilcox.com
Sarai L. Brown (State Bar No. 11067)
1120 Town Center Drive, Ste. 200
Las Vegas, NV 89144
(702) 363-2535 / Fax (702) 363-2534
Attorneys for Defendant/Third-Party Plaintiff
THREE SQUARE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) I certify that I am an employee of SKANE WILCOX, and that on this 29th day of June, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS CASE NO. 2:14-cv-00344-GMN-CHW WITH PREJUDICE IN ITS ENTIRETY**, as follows:

_____ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada

✓ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and pursuant to Rule 9 of the N.E.F.C.R.

_____ via hand-delivery to the addressees listed below

_____ via facsimile to the numbers listed below

_____ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

/s/ _____
An Employee of Skane Wilcox

### SERVICE LIST

| | |
|---|---|
| Jason P. Williams, Esq.<br>(Nevada Bar #10275)<br>3170 Fourth Avenue, Third Floor<br>San Diego, CA 92103 | Attorney for Plaintiff |
| Shane W. Clayton, Esq.<br>(Nevada Bar #8783)<br>10785 W. Twain Ave., Suite 200<br>Las Vegas, NV 89135 | Attorneys for ADVANTAGE WORKERS COMPENSATION INSURANCE COMPANY |